UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD HARVEY | ) | Civil No: 16-CV-6701 |
| Plaintiff | ) | |
| v. | ) | Judge Charles Norgle, Sr. |
| DOMESTIC UNIFORM RENTAL | ) | |
| Defendant | ) | |

### AGREED DISMISSAL ORDER

It appearing to the Court that all matters in controversy between the Plaintiff and the Defendant have been fully and amicably resolved in this civil action, it is hereby

**ORDERED** by the Court that this civil action, together with all claims presented therein by the Plaintiff, shall be and are hereby dismissed with prejudice, with each Party paying his or its own costs.

It is further **ORDERED** by the Court that this action shall accordingly be stricken from the Court's docket and that the Clerk shall transmit attested copies of this Order to all counsel of record in the customary manner.

_____
Judge Charles Norgle, Sr.

Agreed to and approved by:

_____ 2/28/17
Richard Harvey
3209 Ezekiel Ave.
Zion, Illinois 60099

/s/ Scott V. Kamins
Scott Kamins, Esq.
ARDC Bar # 854687
Offit Kurman
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
Phone: (301) 575-0347
*Counsel for Defendant*